**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RONALD WAYNE BEALL, | ) | |
| Petitioner, | ) | 3:10-cv-00570-RCJ-WCG |
| vs. | ) | **ORDER** |
| CITY OF RENO POLICE DEPT., *et al.*, | ) | |
| Respondents. | ) | |

Petitioner, who proceeds *pro se*, filed a document with this Court which the Clerk's Office opened as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On review of the document submitted by petitioner, the Court finds that it fails to state a claim for habeas relief. Unless an issue of federal constitutional or statutory law is implicated by the facts presented, the claim is not cognizable under federal habeas corpus. *Estelle v. McGuire*, 502 U.S. 62, 68 (1991). Petitioner must demonstrate the existence of federal constitutional law which establishes the right in question. In the instant case, petitioner does not allege any violation of a federal constitutional right. The petition merely contains statements regarding the burden of proof. The petition does not set forth a viable claim for habeas corpus relief and must be dismissed. *See* Rule 4, Rules Governing Section 2254 Cases.

1  **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE** for
2  failure to state a claim for federal habeas corpus relief.
3  **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated this 5TH day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

2