AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

RONALD WAYNE BEALL,

     Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:10-cv-00570-RCJ-WGC**

CITY OF RENO POLICE DEPT., et al.,

     Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE for failure to state a claim for federal habeas corpus relief.

  10/5/2011                                                               **LANCE S. WILSON**
                                                                                       Clerk

                                                                                   /s/ P. McDonald
                                                                                   Deputy Clerk